IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARWICK CHYA ABRAM,

    Plaintiff,

v.                                        CASE NO. 4:15cv339-RH/CAS

ISIDRO GARCIA,
GARCIA LAW FIRM, P.A.,

    Defendants.

_____/

**ORDER FOR TRANSFER**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 12. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The amended motion to transfer, ECF No. 10, is granted.

3. The case is transferred to the United States District Court for the Southern District of Florida, West Palm Beach Division.

4. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on October 30, 2015.

          <u>s/Robert L. Hinkle</u>
          United States District Judge